

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2017

No. 04-17-00464-CV

**IN RE** Davide **PESCA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice
              Irene Rios, Justice

On July 20, 2017, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 24, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2016CI21044, styled *Davide Pesca v. Nice Group USA, Inc.*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.